IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRANDI BRANDL**, *et al.*, | : CIVIL ACTION NO. 1:23-CV-368 |
| Plaintiffs | : (Judge Conner) |
| v. | : |
| **WEST SHORE SCHOOL DISTRICT**, *et al.*, | : |
| Defendants | : |

## ORDER

AND NOW, this 13th day of November, 2023, upon consideration of the stipulated final order (Doc. 37) resolving the above-captioned matter, and further upon consideration of defendants' motion (Doc. 28) to dismiss, and the court noting it shall retain exclusive jurisdiction of this matter for purposes of enforcing and interpreting the terms of the parties' stipulation, it is hereby ORDERED that:

1. Defendants' motion (Doc. 28) to dismiss is DENIED as moot.

2. The Clerk of Court is directed to CLOSE this matter pursuant to the stipulated final order (Doc. 37).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania